254 F.2d 608
 Randall RICHARDSON
v.
UNITED STATES of America.
 No. 5766.
 United States Court of Appeals Tenth Circuit.
 March 11, 1958.
 
 Appeal from the United States District Court for the Western District of Oklahoma.
 Paul L. Washington, Oklahoma City, Okl., for appellant.
 Paul W. Cress, U.S. Atty., and George Camp, Asst. U.S. Atty., Oklahoma City, Okl., for appellee.
 Before BRATTON, Chief Judge, and HUXMAN, and MURRAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.